■ BERNARD HOLLIDAY et al., Appellants, v WESTCHESTER STREET TRANSPORTATION CO., INC., et al., Respondents. — In a negligence action to recover damages for personal injuries and property damage, etc., plaintiffs appeal from an order of the Supreme Court, Westchester County (Marbach, J.), entered December 1, 1982, which granted defendants' motion to dismiss the action for failure to serve a notice of claim. Order affirmed, without costs or disbursements (see *James v Liberty Lines,* 97 AD2d 749). Mollen, P. J., Titone, Lazer and Rubin, JJ., concur.